Case 3:23-cv-00281   Document 20   Filed on 05/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| L.D., by and through his next friend, HEATHER D., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-281 |
| FRIENDSWOOD INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 19, entered in this case granting the defendant's motion for summary judgment, Dkt. 45, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 7th day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE